IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF: | ) | BK 14-40708 |
|---|---|---|
| CJ FEEDYARD, LLC, | ) ) | Chapter 12 |
| Debtor. | ) ) ) | |

## MOTION TO SELL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS

COMES NOW the Debtor by and through the below-signed Debtor's counsel, and moves the Court for an Order to sell certain property of the bankruptcy estate pursuant to 11 U.S.C. 363. In support the Debtor states as follows:

1. The Debtor owns a parcel of real property known as the "Vrbka Farm" which is listed in the Debtor's schedules as parcel 720042987, tax lots D&E in NW 1-4, 3-14-1 (73.91 acres), Polk County, Nebraska.

2. The Debtor has reached an agreement with a party to purchase the Vrbka property.

3. Previously, the Debtor was managed by James Gabel, and while under the management of James Gabel, the Debtor reached an agreement to sell the Vrbka Farm for $500,000. Subsequently, Mr. Gabel has voluntarily stepped down as manager of the Debtor, and the Debtor now is managed by US Bank, N.A., as Trustee of the Charles L. Gabel Trust ("US Bank"). After becoming manager of the LLC, US Bank renegotiated the terms of the sale of the Vrbka Farm previously.

4. The agreement calls for the Vrbka Farm to be sold for $550,000, the assessed value of the Vrbka Farm. Taking into account the assessed value of the Vrbka Farm, as well as the fact that the Debtor will avoid the ordinary costs associated with closing and any obligation to pay real estate taxes, $550,000 is a fair value for the Vrbka

Farm. Under the previous agreement to sell the Vrbka, the former manager received a $125,000 earnest deposit. The $125,000 earnest deposit was disbursed by the former manager of the Debtor; this factor was one of the events that led to Mr. Gabel stepping down as manager.

5. The proceeds from the sale of the Vrbka Farm will be used to pay past due amounts due and owing to Farm Credit under the confirmed Plan.

6. Farm Credit Services of America, one of the secured creditors in this case, has a security interest in the Vrbka Farm. Farm Credit Services also has a security interest in several other tracts of land owned by the Debtor and Farm Credit Services is over secured.

7. The buyers of the Vrbka Farm shall enjoy the real estate free and clear of any claim of the Debtor, the Debtor's bankruptcy estate, or the Debtor's creditors.

8. The purchaser of the Vrbka Farm is not related in any way to the Debtor.

9. The purchaser of the Vrbka Farm is not an insider as defined by 11 U.S.C. § 101 (31).

10. The Debtor is a passed through entity and will not owe any taxes as a result of the sale of the Vrbka Farm.

11. Federal Rules of Bankruptcy Procedure 6004 provide for a stay on sale of property until 14 days after the entry of an order by the court, Debtor avers that this is an instance where such stay is not necessary, and where, in fact, such stay could be potentially detrimental to the estate as it leaves the buyer a window in which to cancel its decision to purchase the Vrbka Farm. As such, Debtor requests that the

Court specifically order that there is no stay of sale as per Federal Rules of Bankruptcy Procedure 6004.

12. Debtor asserts that it will incur immediate and irreparable harm if it the Court does not hear Debtor's Motion to Sell Property of the Bankruptcy Estate Free & Clear of Lien as soon as possible, foregoing the ordinary 21-day objection period.

Dated this 8th day of March, 2018.

        U.S. Bank, N.A., as Special Administrator
        of the Estate of Charles L. Gable, an
        Equity Interest Holder,


By:   /s/ Zachary W. Lutz-Priefert
      Frederick D. Stehlik, #15481
      Zachary W. Lutz-Priefert, #25092
      Gross & Welch, P.C., L.L.O.
      2120 South 72nd Street
      Omaha, NE 68124
      (402) 392-1500
      Facsimile: (402) 392-8101
      zlutzpriefert@grosswelch.com
      Attorneys for U.S. Bank

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2018, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States Postal Service, postage prepaid, the document to the non-CM/ECF participants listed on the Debtor's mailing matrix attached hereto as Exhibit "A".

      /s/ Zachary W. Lutz-Priefert
      Zachary W. Lutz-Priefert

13161-1/6DA3051

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 14-40708-TLS<br>District of Nebraska<br>Lincoln Office<br>Fri Jan 19 15:27:12 CST 2018 | Anchor Acceptance<br>301 Steamboat Drive, Suite 101<br>Dakota Dunes, SD 57049-5299 | CJ Feedyard, LLC<br>660 South Street<br>Osceola, NE 68651 |
| Cornerstone Bank<br>PO Box 69<br>529 N Lincoln Avenue<br>York, NE 68467-2944 | Farm Credit Services of America, FLCA<br>c/o Jim R. Titus<br>4645 Normal Blvd., Suite 272<br>Lincoln, NE 68506-5823 | First National Bank & Trust of Columbus<br>P.O. Box 730<br>Columbus, NE 68602-0730 |
| Heritage Bank<br>1101 12th Street<br>Aurora, NE 68818-2015 | Markowitz, LLC<br>c/o Brian S. Kruse<br>REMBOLT LUDTKE LLP<br>1201 Lincoln Mall, Suite 102<br>Lincoln, NE 68508-2888 | Situs, LLC<br>c/o Dave Swan<br>1230 Aries Drive, Suite A<br>Lincoln, NE 68512-9615 |
| US Bankruptcy Court<br>460 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508-3814 | Anchor Acceptance Corp<br>PO Box 860<br>North Sioux City, SD 57049-0860 | Charles L Gabel<br>16117 Middle Island Drive Lot 23<br>South Bend, NE 68058-4313 |
| Charles L Gabel Revocable Trust<br>James L Gabel Trustee<br>640 South Street<br>Osceola, NE 68651-4425 | Clear Creek Resort West LLC<br>101 Clear Creek W<br>Columbus, NE 68601-7661 | Cornerstone Bank<br>529 Lincoln Avenue<br>York, NE 68467 |
| Craig D. Brouillette<br>12835 R Road<br>Osceola, NE 68651-4412 | Farm Credit Leasing<br>600 Highway 169 S.<br>Suite 300<br>Minneapolis, MN 55426-1246 | Farm Credit Leasing Services Corporation<br>4645 Normal Blvd., Ste. 272<br>Lincoln, NE 68506-5823 |
| Farm Credit Services of America<br>4865 Old Monastery Road<br>Columbus, NE 68601-5201 | Farm Credit Services of America, FLCA<br>4645 Normal Blvd., Ste. 272<br>Lincoln, NE 68506-5823 | First National Bank of Columbus<br>PO Box 730<br>Columbus, NE 68602-0730 |
| Heritage Bank, Conservator for Charles L. Ga<br>c/o Matthew V. Rusch<br>Erickson Sederstrom, P.C.<br>10330 Regency Parkway Dr., Suite 100<br>Omaha, NE 68114-3761 | James L Gabel<br>640 South Street<br>Osceola, NE 68651-4425 | Markowitz, LLC<br>c/o Brian S. Kruse<br>1201 Lincoln Mall, Suite 102<br>Lincoln, NE 68508-2839 |
| Polk County Treasurer<br>PO Box 315<br>Osceola, NE 68651-0315 | SHELLS RE Inc.<br>PO Box 212<br>Oshkosh, NE 69154-0212 | Situs, LLC<br>c/o Brian S. Kruse<br>1201 Lincoln Mall, Suite 102<br>Lincoln, NE 68508-2839 |
| Tac Investment Inc.<br>PO Box 212<br>Oshkosh, NE 69154-0212 | Bruce C. Barnhart<br>12100 W Center Rd<br>Suite 519<br>Omaha, NE 68144-3960 | James A. Overcash<br>Chapter 12 Trustee<br>301 South 13th Street<br>Suite 500<br>Lincoln, NE 68508-2578 |

EXHIBIT A

| | |
|---|---|
| Jerry Jensen<br>Acting Assistant UST<br>U.S. Trustee's Office<br>111 South 18th Plz, Suite 1148<br>Omaha, NE 68102-1321 | John Stock<br>Stock Realty and Auction Co.<br>BigIron Realty<br>4121 23rd Street<br>Columbus, NE 68601-8503 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank, N.A. | (u)Charles L. Gabel | (d)Craig D Brouillette<br>12835 R Rd<br>Osceola, NE 68651-4412 |

End of Label Matrix
Mailable recipients   31
Bypassed recipients    3
Total                 34